# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fritz Geike III and Debra Dorr, as the Guardians and Conservators of Joseph Geike, | Civil No. 11-3537 (RHK/SER) |
| Plaintiffs, | **ORDER FOR REMAND** |
| v. | |
| Financial Casualty & Surety, Inc., | |
| Defendant. | |

The parties have stipulated that the amount in controversy does not exceed $75,000.00 and that the diversity jurisdiction requirements of 28 USC § 1332 are not met.  Accordingly, **IT IS ORDERED** that this case is remanded to the District Court of the State of Minnesota, Third Judicial District, County of Olmsted.  The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Olmsted County District Court.

Dated:  March 29, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge